# UNITED STATES BANKRUPTCY COURT
## FOR THE WESTERN DISTRICT OF NORTH CAROLINA
### Charlotte Division

| | |
|---|---|
| IN RE:<br><br>SMOKY MOUNTAIN COUNTY CLUB PROPERTY OWNERS' ASSOCIATION, INC.<br><br>　　　　Debtor.[1] | Chapter 11<br><br>Case No. 19-10286 |

### SECOND APPLICATION OF DUNGAN KILBOURNE & STAHL, P.A. FOR ALLOWANCE OF COMPENSATION AND REIMBURSEMENT OF EXPENSES FOR THE PERIOD FROM JULY 26, 2019 - AUGUST 25, 2019

Name of Applicant:　　Dungan Kilbourne & Stahl, P.A.

Authorized to Provide Professional
Services to:　　Smoky Mountain Country Club Property Owners Association, Inc.

Date of Retention:　　August 9, 2019 (effective July 26, 2019) [Docket No. 34]

Compensation and reimbursement is sought from August 25, 2019 through September 25, 2019. Dungan Kilbourne & Stahl, P.A. has not yet received any payments for services rendered or expenses incurred during this period.

Amount of compensation sought as actual, reasonable, and necessary:　　$22,095.00
Amount of expense reimbursement sought as actual, reasonable, and necessary:　$ 1,151.80

This is a:　　__XXX_____ monthly　　____ interim　　_____ final application

| Date Filed | Period Covered | Requested | | Approved | |
|---|---|---|---|---|---|
| | | Fees | Expenses | Fees | Expenses |
| | | | | | |
| N/A | | | | | |
| | | | | | |
| | | | | | |

---

[1]　1 Debtor is the following entity (the last four digits of its employer identification number follow in parentheses): Smoky Mountain Country Club Property Owners' Association, Inc., (1897). The Debtor's address is 2602 Hendersonville Road, Arden, NC, 28704.

# UNITED STATES BANKRUPTCY COURT
## FOR THE WESTERN DISTRICT OF NORTH CAROLINA
### Charlotte Division

| | |
|---|---|
| IN RE: | |
| SMOKY MOUNTAIN COUNTRY CLUB PROPERTY OWNERS' ASSOCIATION, INC. | Chapter 11 |
| | Case No. 19-10286 |
| Debtor. | |

**SECOND INTERIM APPLICATION OF DUNGAN KILBOURNE & STAHL, P.A. FOR ALLOWANCE OF COMPENSATION AND REIMBURSEMENT OF EXPENSES FOR THE PERIOD FROM AUGUST 25, 2019 THROUGH SEPTEMBER 25, 2019**

Pursuant to sections 330 and 331 under title 11 of the United States Code, 11 U.S.C. §§ 101 et seq. (the "Bankruptcy Code") and Rule 2016 of the Federal Rules of Bankruptcy Procedure (the "Bankruptcy Rules"), Dungan Kilbourne & Stahl, P.A. ("DKS") hereby requests that this Court award it reasonable compensation for professional services rendered as counsel to the above-captioned debtor (the "Debtor") in the amount of $22,095.00, together with reimbursement for actual and necessary expenses incurred in the amount of $1,151.80 for the period commencing August 25, 2019 through September 25, 2019 (the "Fee Period"). In support of this application (the "Application"), DKS respectfully represents, and states as follows:

## BACKGROUND

1. DKS was retained to represent the Debtor as its counsel in connection with this chapter 11 case pursuant to an Order entered by this Court on August 9, 2019 [Doc. 34]. The Order authorized DKS to be compensated on an hourly basis and to be reimbursed for actual and out-of-pocket expenses.

**COMPENSATION TO BE PAID**

2. All services for which DKS requests compensation were performed for or on behalf of the Debtor.

3. Attached hereto as Exhibit A is a detailed statement of fees incurred during the Fee Period, showing the amount of $22,095.00 due for compensation for the various services rendered.

**DISBURSEMENTS**

4. DKS has incurred out-of-pocket disbursements during the Fee Period in the amount of $1,151.80 which are listed on Exhibit A hereto.

**VALUATION OF SERVICES**

5. The nature of the work performed and the cost of these services performed by DKS is fully set forth in the attached Exhibit A. The rates charged by DKS's professionals are the normal hourly rates charged by DKS for work of this character. DKS respectfully submits the reasonable value of the services rendered by DKS to the Debtor during the Fee Period equals or exceeds the fees charged by DKS.

6. In accordance with the factors enumerated in 11 U.S.C. § 330, the amount requested is fair and reasonable given (a) the complexity of the case, (b) the time expended, (c) the nature and extent of the services rendered, (d) the value of such services, and (e) the costs of comparable services other than in a case under this title.

**NOTICE**

7. Notice of this Application has been given to (a) the Bankruptcy Administrator for the Western District of North Carolina, (b) the Debtor's 20 largest unsecured creditors, and (c) those parties requesting notice pursuant to Bankruptcy Rule 2002.

WHEREFORE, DKS requests that allowance be made in the sum of $22,095 as compensation for necessary professional services rendered to the Debtor during the Fee Period, and the sum of $1,151.80 for reimbursement of actual, necessary costs and expenses incurred during that period, and further requests such other and further relief as this Court may deem just and proper.

Dated: October 3, 2019

                DUNGAN, KILBOURNE & STAHL, P.A.

By:   /s/ James W Kilbourne, Jr.
       James W Kilbourne, Jr.
       N.C. State Bar No. 24354
       20 Town Mountain Rd Suite 100
       Asheville, NC 28801
       (828) 254-4778

*Special corporate and litigation counsel to the Debtor*

# Exhibit A

Case 19-10286    Doc 80    Filed 10/03/19    Entered 10/03/19 19:09:14    Desc Main
Document      Page 5 of 15



# ALLEN STAHL + KILBOURNE

20 Town Mountain Road, Suite 100
Asheville, NC 28801
828-254-4778

**INVOICE**

Invoice # 21450
Date: 09/30/2019

Smoky Mountain Country Club POA
Gordon Moore, Pro Management
C/O Pro Management NC, LLC
PO Box 1309
Whittier, NC 28789

## SMOKY MOUNTAIN COUNTRY CLUB POA./Post Bankruptcy work (leave granted 8/9/2019; Doc 34)-01749

Post Bankruptcy work (leave granted 8/9/2019; Doc 34)

| Type | Attorney | Date | Notes | Quantity | Rate | Total |
|---|---|---|---|---|---|---|
| Expense | BM | 08/25/2019 | Legal Research: Lexis Nexis | 1.00 | $16.95 | $16.95 |
| Expense | BM | 08/25/2019 | Legal Research: Pacer | 1.00 | $3.60 | $3.60 |
| Service | JWK | 08/26/2019 | Review application for employment for Shel Robinson; review additional emails regarding timing and process | 0.40 | $325.00 | $130.00 |
| Service | JWK | 08/26/2019 | Review reservation of rights | 0.20 | $325.00 | $65.00 |
| Service | JWK | 08/27/2019 | Review Reply in Support of Motion for Special Meeting Procedures and revised notice of special meeting; provide input of organization and management structure of creditor and the organization of the parties | 0.50 | $325.00 | $162.50 |
| Service | JWK | 08/28/2019 | Review 2004 Motion; edit and comments | 0.50 | $325.00 | $162.50 |
| Service | JS | 08/29/2019 | Research revoking voting rights; conf with JWK re same | 0.30 | $300.00 | $90.00 |

| | | | | | | |
|---|---|---|---|---|---|---|
| Service | JWK | 08/29/2019 | Review issue on disallowing votes by those in arrears; review and edit reply brief; email exchange on hearing | 1.50 | $325.00 | $487.50 |
| Service | DW | 08/30/2019 | RE: Coogan - obtain copy of deed and tax card, prepare and send demand letter. (Owner paid w/i 15 day grace period, fee cannot be added to owner's acct). | 0.90 | $125.00 | $112.50 |
| Expense | DW | 08/30/2019 | Postage: RE: Coogan - Charles and Kimberly Coogan - Demand letter and statement. (Owner paid w/i 15 day grace period, charge cannot be added to owner's acct). | 1.00 | $0.50 | $0.50 |
| Service | DW | 08/30/2019 | RE: Langstaff - obtain copy of deed and tax card, prepare and send 15 day demand letter. | 0.90 | $125.00 | $112.50 |
| Expense | DW | 08/30/2019 | Postage: RE: Langstaff - Lee and Angela Langstaff - demand letter and statement (2 addresses). | 2.00 | $0.50 | $1.00 |
| Service | DW | 08/30/2019 | RE: Feist - Eugene and Mary Feist - obtain copy of deed and tax card, prepare and send demand letter. | 0.90 | $125.00 | $112.50 |
| Expense | DW | 08/30/2019 | Postage: RE: Feist - Eugene and Mary Feist - Demand letter and statement. | 1.00 | $0.50 | $0.50 |
| Service | JWK | 09/02/2019 | Review emails and documents prior to hearing; provide input and suggestions | 1.00 | $325.00 | $325.00 |
| Service | JWK | 09/03/2019 | Review creditor's orders regarding 2004 examinations and special meeting | 0.20 | $325.00 | $65.00 |
| Service | JWK | 09/03/2019 | Attend hearing on 2004 motions and special meeting procedures; conference with counsel, board and legal committee regarding judge's announced orders on 2004 motions and special meeting procedures | 5.00 | $325.00 | $1,625.00 |
| Service | JWK | 09/03/2019 | Review notice; draft email to board regarding process for special election | 0.30 | $325.00 | $97.50 |
| Service | DW | 09/04/2019 | RE: Coogan - prepare and send demand letter to 2nd address. (Owner paid w/i 15 day grace period, charge cannot be added to owner's acct) | 0.20 | $125.00 | $25.00 |
| Expense | DW | 09/04/2019 | Postage: Re: Coogan - Charles and Kimberly Coogan - 15 day demand letter and statement (3 address). | 1.00 | $0.50 | $0.50 |

| | | | | | | |
|---|---|---|---|---|---|---|
| | | | (owner paid w/i 15 day grace period, charge cannot be added to owner's acct). | | | |
| Service | JWK | 09/04/2019 | Review emails; review and edit general notes; discussion of 2004 depositions | 0.70 | $325.00 | $227.50 |
| Service | JWK | 09/04/2019 | Review remainder of 80+ daily emails form attorneys and board; revisions to proxy, to letter, and other matters; conference with RED regarding covering 2004 exams | 1.20 | $325.00 | $390.00 |
| Service | JWK | 09/04/2019 | Conference with Ross and Jack regarding 2004 exams; draft proxies; review and edit letter; distribute drafts for review | 0.80 | $325.00 | $260.00 |
| Service | JWK | 09/05/2019 | Review and reply to dozens of emails regarding 2004 exams, special meeting notice, exam strategy, attorney staffing, pre-meeting discussion and other issues | 2.40 | $325.00 | $780.00 |
| Service | JWK | 09/06/2019 | Review and reply to 30 emails from directors and co=counsel regarding special election, 2004 exams, 341 meeting, condo cure and other matters | 0.50 | $325.00 | $162.50 |
| Service | JWK | 09/08/2019 | Review emails from client; draft letter to fairway oaks re IPM; draft letter to Nationwide regarding 2004 exam | 1.60 | $325.00 | $520.00 |
| Service | JWK | 09/08/2019 | Preparing Interim Fee Application | 0.30 | $325.00 | $97.50 |
| Service | JWK | 09/09/2019 | Extended client conference with Charlotte counsel and board members to discuss 2004 exams and provide counsel | 1.50 | $325.00 | $487.50 |
| Service | RED | 09/09/2019 | Discussion and research to prepare for defense of Rule 2004 planning and representation of Joanne Waggoner; | 2.40 | $350.00 | $840.00 |
| Service | JWK | 09/09/2019 | Complete affidavit of billing; exchange emails on exhibit A | 0.30 | $325.00 | $97.50 |
| Service | JWK | 09/09/2019 | Review message left by IPM; email discussion on necessary response | 0.30 | $325.00 | $97.50 |
| Service | JWK | 09/09/2019 | Email exchange with co-counsel and directors regarding assessment owed by Cornblum on Lot 105 | 0.20 | $325.00 | $65.00 |
| Service | JWK | 09/09/2019 | Email exchange regarding defense of 2004 exams | 0.30 | $325.00 | $97.50 |

| Type | Initials | Date | Description | Hours | Rate | Amount |
|---|---|---|---|---|---|---|
| Service | JWK | 09/09/2019 | Send letters to Nationwide and to Ed Hay for IPM | 0.20 | $325.00 | $65.00 |
| Service | LJ | 09/10/2019 | Email from Mr. Kilbourne; mail letter to Mr. Hay, Mr. Collins, Mr. Baer and Mr. Miller; copy and update client file; review file; review email and documents from JK; review file | 1.30 | $125.00 | $162.50 |
| Service | JWK | 09/10/2019 | Telephone conference with new attorney regarding coverage suit and Nationwide interest in 2004 Hearings; email to co-counsel regarding issue; email exchange with Shel Robinson | 0.30 | $325.00 | $97.50 |
| Service | JWK | 09/10/2019 | Review numerous exchanges regarding members with balances; email to RED and co-counsel regarding strategy to handle issue; conference with Red on strategy; email to co-counsel outlining letter to be sent to those in arrears; determined to send notice to all members in arrears greater than 90 days | 1.20 | $325.00 | $390.00 |
| Expense | LJ | 09/10/2019 | Postage: Letter regarding Scheduled Examinations to P. Collins, J. Miller and R. Fulton; Letter regarding Cornblum communication to R. Baer, E. Hay, J. Miller and R. Fulton | 5.00 | $0.65 | $3.25 |
| Service | JWK | 09/10/2019 | Email exchange regarding letter to Micheal regarding contact with IPM | 0.10 | $325.00 | $32.50 |
| Service | DW | 09/10/2019 | RE: May Trust - Prepare and send 15 day demand letter. | 0.90 | $125.00 | $112.50 |
| Expense | DW | 09/10/2019 | Postage: RE: May Trust - Lawrence C. May, et al - 15 day demand letter and statement. | 1.00 | $0.50 | $0.50 |
| Service | DW | 09/10/2019 | Re: Feist - TC with son, Bill Ward, parent's deceased, property in estate, would like to convey property in lieu of assessments. | 0.10 | $125.00 | $12.50 |
| Service | LJ | 09/11/2019 | Review email regarding Notice of Substitution; review file listings with JW | 0.20 | $125.00 | $25.00 |
| Service | JWK | 09/11/2019 | Email exchange regarding lots in arrears; 2004 exams | 0.20 | $325.00 | $65.00 |
| Service | RED | 09/12/2019 | Review prior documents; Preparation for defense of 2004 examination of Joanne Waggoner; | 0.40 | $350.00 | $140.00 |

| Service | DW | 09/12/2019 | Re: Feist - email to Allyson at IPM regarding beneficiaries' offer to convey lot in lieu of assessments. | 0.10 | $125.00 | $12.50 |
|---|---|---|---|---|---|---|
| Service | JWK | 09/13/2019 | Review emails regarding meeting procedures; issues with 2004 exams; issues with proxies, exam preparation meeting | 0.50 | $325.00 | $162.50 |
| Service | JWK | 09/15/2019 | Review orders; review law and procedures; Draft letter of response regarding communication with IPM | 1.30 | $325.00 | $422.50 |
| Service | JWK | 09/15/2019 | Email to Gemma Lillian Saluta, new counsel in Nationwide coverage suit | 0.10 | $325.00 | $32.50 |
| Service | JWK | 09/16/2019 | Email exchanges regarding IPM letter, 2004 exams, and other matters; telephone conference regarding rough draft transcript; telephone conference with RED and Jack Miller regarding exam; research on 2004 exams; | 0.70 | $325.00 | $227.50 |
| Service | RED | 09/16/2019 | Travel to and from Whittier; defend Rule 2004 Examination of JoAnn Wagonner; Telephone Conference re same | 6.00 | $350.00 | $2,100.00 |
| Expense | DW | 09/16/2019 | Mileage: Mileage reimbursement to Robert Dungan for travel on 9/16/19 | 120.00 | $0.58 | $69.60 |
| Service | LJ | 09/17/2019 | Prepare mail for Mr. Hay and Mr. Cornblum; copy, scan and update client file | 0.10 | $125.00 | $12.50 |
| Service | JWK | 09/17/2019 | Review transcript from Joann's 2004 exam; prepare from Paul DeCarlo's exam | 2.10 | $325.00 | $682.50 |
| Service | JWK | 09/17/2019 | Travel to/from Whittier; defend Paul DeCarlo's 2004 exam; conference with Paul Decalro; telephone conference with RED; telephone conference with Jack Miller; email exchange with Mike Hill regarding Thursday's 2004 exam | 7.10 | $325.00 | $2,307.50 |
| Expense | JWK | 09/17/2019 | Mileage: Mileage for travel to Whittier for 2004 Exam | 120.00 | $0.58 | $69.60 |
| Service | JWK | 09/18/2019 | conference with Peter Evans regarding 2004 exam | 0.90 | $325.00 | $292.50 |
| Service | JWK | 09/18/2019 | Conference with RED to discuss special meeting procedures | 0.30 | $325.00 | $97.50 |

| Type | Atty | Date | Description | Hours/Qty | Rate | Amount |
|---|---|---|---|---|---|---|
| Service | DW | 09/18/2019 | Re: Coogan - Return call to Coogan, left message regarding credit card payment over the phone option available. (Owner paid w/i 15 day grace period, charge cannot be added to owner's acct). | 0.10 | $125.00 | $12.50 |
| Service | JWK | 09/19/2019 | Travel to/from Whittier | 2.00 | $325.00 | $650.00 |
| Service | JWK | 09/19/2019 | Attend and defend Mike Hill's 2004 exam | 2.50 | $325.00 | $812.50 |
| Service | JWK | 09/19/2019 | Extended telephone conference with Jack regarding election procedures; invitation to board meeting | 0.70 | $325.00 | $227.50 |
| Expense | JWK | 09/19/2019 | Mileage: Mileage for travel to Whittier for 2004 Exam | 120.00 | $0.58 | $69.60 |
| Service | JWK | 09/20/2019 | Conference call with the Board | 1.00 | $325.00 | $325.00 |
| Service | JWK | 09/20/2019 | email exchange with Jack Miller regarding exams and special meeting; email exchange with Marshall Cornblum; email to Elizabeth Bringham | 0.30 | $325.00 | $97.50 |
| Service | DW | 09/23/2019 | Re: Coogan - Prepare Transmittal Memo to send with trust payment (owner paid w/i 15 day grace period, owner not responsible for fees and costs). | 0.10 | $125.00 | $12.50 |
| Expense | DW | 09/23/2019 | Postage: SMCC/IPM - Transmittal Memo and Trust Check | 1.00 | $0.50 | $0.50 |
| Service | JWK | 09/23/2019 | Travel to/from Whittier; attend Peter Evans exam; conference after exam to discuss special meetingnpricedures | 8.10 | $325.00 | $2,632.50 |
| Expense | JWK | 09/23/2019 | Mileage: Mileage for travel to Whittier for 2004 Exam | 120.00 | $0.58 | $69.60 |
| Service | JWK | 09/24/2019 | Travel to/ from Whittier Community Building; attend meeting to review proxies; attend and advise board during special meeting of the association; conference with Marshall Cornblum regarding the Vergo exam | 5.20 | $325.00 | $1,690.00 |
| Service | JWK | 09/24/2019 | Emails with IPM; review IPM proxy information | 0.30 | $325.00 | $97.50 |
| Expense | JWK | 09/24/2019 | Mileage: Mileage for travel to Whittier for Special meeting of the members | 120.00 | $0.58 | $69.60 |

| | | | | | | |
|---|---|---|---|---|---|---|
| Service | JWK | 09/25/2019 | Review email from Joann Waggoner resigning as secretary; email request from Joann asking for explicit resignation from the board; review and respond to email from Jack Miller; review declaration, bylaws and statute to provide guidance to the board in face of the resignation; review and reply to email from Melanie Hudson of IPM regarding status of the Board; email to board regarding authority; re-send emails to Shirley Schubert; review email from Allyson Mulkey regarding election of officers | 1.20 | $325.00 | $390.00 |
| Expense | BM | 09/25/2019 | Transcript: Huesby transcript of Paul DeCarlo | 1.00 | $776.50 | $776.50 |

| Time Keeper | Position | Quantity | Rate | Total |
|---|---|---|---|---|
| Robert Dungan | Attorney | 8.8 | $350.00 | $3,080.00 |
| James Kilbourne | Attorney | 56.0 | $325.00 | $18,200.00 |
| Jeffrey Stahl | Attorney | 0.3 | $300.00 | $90.00 |
| Lynndayle Jones | Non-Attorney | 1.6 | $125.00 | $200.00 |
| Dorinda Watford | Non-Attorney | 4.2 | $125.00 | $525.00 |
| | | | Total | $23,246.80 |

# Detailed Statement of Account

**Other Invoices**

| Invoice Number | Due On | Amount Due | Payments Received | Balance Due |
|---|---|---|---|---|
| 20973 | 09/28/2019 | $4,928.54 | $0.00 | $4,928.54 |

**Current Invoice**

| Invoice Number | Due On | Amount Due | Payments Received | Balance Due |
|---|---|---|---|---|
| 21450 | 10/30/2019 | $23,246.80 | $0.00 | $23,246.80 |

|   |   | **Outstanding Balance** | **$28,175.34** |
|---|---|---|---|
|   |   | **Total Amount Outstanding** | **$28,175.34** |

### First Citizens IOLTA Trust

| Date | Type | Notes | Matter | Receipts | Payments | Balance |
|---|---|---|---|---|---|---|
| 09/18/2019 |  | Account payment | SMOKY MOUNTAIN COUNTRY CLUB POA./Post Bankruptcy work (leave granted 8/9/2019; Doc 34)-01749 |  | $1,709.10 | $1,709.10 |
| 09/19/2019 |  | Coogan collection | SMOKY MOUNTAIN COUNTRY CLUB POA./Post Bankruptcy work (leave granted 8/9/2019; Doc 34)-01749 | $1,709.10 |  | $0.00 |

|   |   | **First Citizens IOLTA Trust Balance** | **$0.00** |
|---|---|---|---|

**PLEASE NOTE OUR NEW ADDRESS: 20 Town Mountain Road, Asheville, NC 28801**

Attorneys: DJA Derek Allen; JS Jeff Stahl; JWK James W. Kilbourne, Jr.; RED Robert E. Dungan; BC Bo Carpenter; EF Ed Flowers; MF Megan Farley; CS Carolyn Small.  Paralegals: JW Jeanne Warner; DW Dorinda Watford; LJ Lynndayle Jones; MY Mac Young

On November 1, 2019, we will be increasing Jeff Stahl's billing rate to $325 per hour, Megan Farley's billing rate to $275.00 and Dorinda's billing rate to $150 per hour.

A Finance Charge of 1.5% per month will be assessed on all accounts past due more than 30 days.

We accept Mastercard, Visa, Discover and American Express. Please click on the link to pay online https://www.dunganlaw.com/payment
To ensure proper credit, please include account number on checks.
For Tax purposes, our EIN number is 56-1536377

Please make all amounts payable to: Allen Stahl + Kilbourne

UNITED STATES BANKRUPTCY COURT
FOR THE WESTERN DISTRICT OF NORTH CAROLINA
Asheville Division

| | |
|---|---|
| IN RE:<br><br>SMOKY MOUNTAIN COUNTRY CLUB PROPERTY OWNERS' ASSOCIATION, INC.<br><br>    Debtor.[1] | Chapter 11<br><br>Case No. 19-10286 |

## NOTICE OF OPPORTUNITY FOR HEARING

NOTICE IS HEREBY GIVEN that Smoky Mountain Country Club Property Owners' Association, Inc. has filed the Second Application of Dungan, Kilbourne & Stahl, P.A. for Allowance of Compensation and Reimbursement of Expenses for the Period from August 26, 2019 through September 25, 2019 (the "Second Application")

If a copy of the Second Application is not included with this Notice, a copy may be viewed at the Court's website, *www.ncwb.uscourts.gov* under the Debtors' names and case number or you may request in writing a copy from the undersigned party.

**YOUR RIGHTS MAY BE AFFECTED. YOU SHOULD READ THESE PAPERS CAREFULLY AND DISCUSS THEM WITH YOUR ATTORNEY, IF YOU HAVE ONE IN THIS BANKRUPTCY CASE. (IF YOU DO NOT HAVE AN ATTORNEY, YOU MAY WISH TO CONSULT ONE.)**

**IF YOU DO NOT WANT THE COURT TO GRANT THE RELIEF REQUESTED IN THE APPLICATION, OR IF YOU WANT THE COURT TO CONSIDER YOUR VIEWS ON THE APPLICATION, THEN ON OR BEFORE FRIDAY, OCTOBER 18, 2019 AT 4:00 P.M. EDT YOU MUST:**

(1) A.  File with the Bankruptcy Court a written objection at:
    Clerk, United States Bankruptcy Court
    401 W. Trade Street
    Charlotte, North Carolina 28202

B.  If you have your attorney file a written objection then the objection should be filed with the Bankruptcy Court by electronic means through

---

[1] Debtor is the following entity (the last four digits of its employer identification number follow in parentheses): Smoky Mountain Country Club Property Owners' Association, Inc., (1897). The Debtor's address is 2602 Hendersonville Road, Arden, NC, 28704.

1

the Court's website, *www.ncwb.uscourts.gov* under the jointly administered name and case number shown above.

(2) You must also serve a copy of such request to the parties shown below and any other parties as required by law or orders of the Court on or before the date described above:

    James W. Kilbourne, Jr.
    Dungan Kilbourne & Stahl
    20 Town Mountain Road, Suite 100
    Asheville, NC 28801

    Office of Bankruptcy Administrator
    402 W. Trade St., Suite 200
    Charlotte, NC 28202

(3) Attend the hearing scheduled for October 23, 2019 at 9:30 a.m. EST or as soon thereafter as the matters can be heard in the Western District of North Carolina, Asheville Division, 100 Otis Street, Main Courtroom, Asheville, North Carolina. You should attend this hearing if you file an objection.

If you or your attorney do not take these steps, the Court may decide that you do not oppose the relief sought and may enter an Order granting the relief requested. If no objections are timely filed and served, the court may rule on the Applications without a hearing. No further notice of that hearing will be given.

This the 3rd day of October, 2019.

                DUNGAN, KILBOURNE & STAHL, P.A.
                ALLEN STAHL & KILBOURNE

                By:   /s/ James W. Kilbourne, Jr.
                       James W. Kilbourne, Jr.
                       N.C. State Bar No. 24354
                       20 Town Mountain Road, Suite 100
                       Asheville, NC 28801
                       (828) 254-4778

                       *Special Counsel to the Debtor*