IN THE UNITED STATES BANKRUPTCY COURT
FOR THE WESTERN DISTRICT OF NORTH CAROLINA
ASHEVILLE DIVISION

Case No. 19-10286

IN RE:

SMOKY MOUNTAIN COUNTRY CLUB
PROPERTY OWNERS' ASSOCIATION,
INC.

## NOTICE OF APPEAL

Ronnie C. Hedgepeth, Jr., Shira Hedgepeth, Robert L. Young and Mary H. Young (hereinafter "Appellants") file this Notice of Appeal, and say:

1. Appellants are property owners in the Smoky Mountain Country Club development ("Development") in Whittier, North Carolina; members of the Smoky Mountain Country Club Property Owners' Association, Inc. ("POA" or "Debtor"); and interested parties in this proceeding by virtue of purported obligations which they have pursuant to the Amended and Restated Declaration of Covenants, Conditions and Restrictions and Reservation of Easements For Smoky Mountain Country Club dated October 15, 1999, and recorded on November 23, 1999 in Book 229, Page 919, Swain County, North Carolina Official Records ("Declaration") and pursuant to the Order Confirming Plan of Reorganization of Smoky Mountain Country Club Property Owners' Association, Inc. and Creditor SMCC Clubhouse, LLC ("Confirmation Order") entered on December 19, 2019 [Docket No. 260].

2. Appellants appeal the Confirmation Order, a copy of which is attached hereto as Exhibit "A".

3. The parties to this appeal, their contact information and attorneys representing them are as follows:

Ronnie C. Hedgepeth, Jr. and Shira Hedgepeth
Attorneys:
Shira Hedgepeth, Esq.
PO Box 514
Cullowhee, NC 28723
Phone: 828.585.5044
Fax: 828.585.6097
Email: shira@legal-decisions.com

Robert L. Young and Mary H. Young, Pro se
2907 Upper Park Rd.
Orlando, FL 32814
Phone: 407.340.5149 (cell)
Email: ryoung111@cfl.rr.com

Smoky Mountain Country Club Property Owners' Association, Inc.
Attorneys:
John R. Miller, Jr.
Rayburn Cooper & Durham, P.A.
1200 Carillon
227 W. Trade Street
Charlotte, NC 28202
Phone: 704.334.0891

SMCC Clubhouse, LLC
Attorneys:
Edward Hay
Pitts, Hay & Hugenschmidt, P.A.
14 Clayton Street
Asheville, NC 28801
Phone: 828.255.8085

and

Marshall Cornblum
P.O. Box 217
Hayward, CA 94557
Phone: 510.847.2964

Dated December 31, 2019.

/s/ Shira Hedgepeth

_____

Shira Hedgepeth, Attorneys for Ronnie C. Hedgepeth, Jr. and Shira Hedgepeth

/s/Robert L. Young

_____

/s/ Mary H. Young

_____

    I hereby certify that on December 31, 2019, I electronically filed the foregoing Notice of Appeal with the Clerk of the Court using the CM/ECF system, which will send notification of such filing to the following CM/ECF participants: John R. Miller, Jr., Rayburn Cooper & Durham, P.A., 1200 Carillon, 227 W. Trade Street, Charlotte, NC 28202; Edward Hay, Pitts, Hay & Hugenschmidt, P.A., 14 Clayton Street, Asheville, NC 28801; and Shelley K. Abel, US Bankruptcy Administrator, 402 Trade Street, Charlotte, NC 28202.

/s/ Shira Hedgepeth

_____