# UNITED STATES BANKRUPTCY COURT
# FOR THE WESTERN DISTRICT OF NORTH CAROLINA
### Asheville Division

| | |
|---|---|
| IN RE:<br><br>SMOKY MOUNTAIN COUNTRY CLUB PROPERTY OWNERS' ASSOCIATION, INC.<br><br>Debtor.[1] | Chapter 11<br><br>Case No. 19-10286 |

## NOTICE OF OPPORTUNITY FOR HEARING

NOTICE IS HEREBY GIVEN that Smoky Mountain Country Club Property Owners' Association, Inc. has filed the Thirteenth Interim and Final Application of Rayburn Cooper & Durham, P.A. for Allowance of Compensation and Reimbursement of Expenses for the Period from July 26, 2019 through October 21, 2020 (the "Application").

If a copy of the Application is not included with this Notice, a copy may be viewed at the Court's website, *www.ncwb.uscourts.gov* under the Debtors' names and case number or you may request in writing a copy from the undersigned party.

**YOUR RIGHTS MAY BE AFFECTED. YOU SHOULD READ THESE PAPERS CAREFULLY AND DISCUSS THEM WITH YOUR ATTORNEY, IF YOU HAVE ONE IN THIS BANKRUPTCY CASE. (IF YOU DO NOT HAVE AN ATTORNEY, YOU MAY WISH TO CONSULT ONE.)**

**IF YOU DO NOT WANT THE COURT TO GRANT THE RELIEF REQUESTED IN THE APPLICATION, OR IF YOU WANT THE COURT TO CONSIDER YOUR VIEWS ON THE APPLICATION, THEN ON OR BEFORE <u>TUESDAY, DECEMBER 29, 2020 AT 4:00 P.M. EDT</u> YOU MUST:**

(1) A. File with the Bankruptcy Court a written objection at:

Clerk, United States Bankruptcy Court
401 W. Trade Street
Charlotte, North Carolina 28202

---

[1] Debtor is the following entity (the last four digits of its employer identification number follow in parentheses): Smoky Mountain Country Club Property Owners' Association, Inc., (1897). The Debtor's address is 2602 Hendersonville Road, Arden, NC, 28704.

{00346884 v 1 }

      B.      If you have your attorney file a written objection then the objection should be filed with the Bankruptcy Court by electronic means through the Court's website, *www.ncwb.uscourts.gov* under the jointly administered name and case number shown above.

(2) You must also serve a copy of such request to the parties shown below and any other parties as required by law or orders of the Court on or before the date described above:

    John R. Miller, Jr.
    Rayburn Cooper & Durham, P.A.
    1200 Carillon, 227 W. Trade Street
    Charlotte, NC 28202

    Office of Bankruptcy Administrator
    402 W. Trade St., Suite 200
    Charlotte, NC 28202

(3) Attend the hearing scheduled for January 20, 2021 at 9:30 a.m. EST or as soon thereafter as the matters can be heard in the Western District of North Carolina, Asheville Division, 100 Otis Street, Main Courtroom, Asheville, North Carolina. You should attend this hearing if you file an objection.

If you or your attorney do not take these steps, the Court may decide that you do not oppose the relief sought and may enter an Order granting the relief requested. If no objections are timely filed and served, the court may rule on the Applications without a hearing. No further notice of that hearing will be given.

This the 15th day of December, 2020.

                                  RAYBURN COOPER & DURHAM, P.A.

                                  /s/  John R. Miller, Jr.
                                  John R. Miller, Jr.
                                  N.C. State Bar No. 28689
                                  1200 Carillon, 227 W. Trade Street
                                  Charlotte, North Carolina 28202
                                  Telephone:  704/334-0891

                                  ATTORNEYS FOR DEBTORS